Jerome L. Grimes
~~3rd~~ 3rd
500 Office Center Drive
~~Suite #400~~
Ft. Washington, PA. 19034
(219) 808-0306
inprose@jeromelgrimes.com

United States District Court
Western District of Louisiana
Monroe Division

Jerome L. Grimes
P.O. Box 305
Monroe, LA. 71210
(219) 808-0306
inprose@jeromelgrimes.com

Jerome L. Grimes,
Plaintiff,

V.

1. Dustin Johnson, (male)
2. ~~(Jane Doe)~~ ~~(John Doe)~~ Elizabeth Warshaw, (female)
3. Officer, Stephens #:299 (male)
Defendants.

Civil Complaint No.:

**3:15-cv-2065**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 1 5 2015
TONY R. MOORE, CLERK
BY _____ DEPUTY

Under, "U.S.C. 28", "Intimidation", "Invasion of Privacy With Terror Intent", "Deliberate Indifference", "Defamation of Character", "6th Amend, U.S. Const, Cellular Phone with Phone numbers Bug", "Conspiracy", "Post-4th of July Terrorism", and, "Attempt of Murder".

I. Jurisdiction
This civil complaint is made under, "U.S.C. 28", "Invasion of Privacy with Terror Intent", "Conspiracy", "Defamation of Character", "Post-4th of July, 2015 Covert Terrorism"), and, "Attempt of Premeditated Murder".

II. Plaintiff
The Plaintiff resides in, and intends to reside in, Billings, Montana, mailing address: 500 office center Dr., #400,

III. Defendants
The defendants all three Ft. Washington, Pennsylvania 19034 [July 4th, 2015]
in the state of Louisiana, and resided July 4th, 2015
#3 is a state actor.

IV. Causes of Action
On, July 11, 2015, Post-July 4th, 2015, the
(MRN: 1002399817, 07/12/15, medical Injury Report)
defendants conspiracy a highly sophisticated Transportation
Vehicle Road Rage disguised induced enemy combatant
Rouse with shills and dirty bomb throw out of
car window Louisiana License Plate No.: VVY633,

(1 of 11)

which used chemical warfare dirty bomb material angery side effects pre-portion piece-mell covert terrorism modus operandi while using Invasion Of Privacy Terror Intent to know when I roll, my, window/automobile window down to hit, me, in, my, face and left vision while driving, (Her/Defendant #1), automobile (lic. plate VVY633, Louisiana) in-front of, my, automobile. Within, 3.25 miles farther, on, Interstate 20 East Civic Center Monroe, Louisiana Area, Defendant #2, later about another, 3.25 miles farther, identified as fiance of, Defendant #1, COINCIDENCE, false pretense to antedate more witnesses if criminal trial and apprehension of, their, persons for, murder Against Plaintiff/me, or, Attempt of murder Against me/Plaintiff On Gas Station Video Premeditated Video Blocking Orchestrated Paramilitary Practiced Trained Enemy Combatant Covert Terror Attack Against, my, person/(Plaintiff's Person).

Kangaroo Gas Station, Video Surveillance Security CD-Rom, July 11, 2015, 10:00 p.m./(09:00 p.m.-11:00 p.m.) Video Footage, will show, Defendant #2, and I (Plaintiff) automobile mutual disguised road rage, induced attempt of alibi; (Rouse/Def #1) puppet brothel cohort

(2 of 11)

[SEE: both Def's Bank Account [Attempt of murder Fund] Bail Bond murder fund] style automobile driver defendant #1; puppeteer co-fence "gang" initiation attempt of murder automobile/pick-up truck driver defendant #2, versus prime intended innocent victim of plot automobile driver plaintiff, arrive on, Kangaroo Gas Station Video Surveillance Security CD-Rom, July 11, 2015, 10:00 p.m., (09:00 p.m. – 11:00 p.m.), (Rouse Pointes Earlier on Video Before Incident Gas Station-Customers and/or Gas Station Diversified employee- Disguised Shills: Pro, Con, + Neutral Rolls) and footage of, me, trying to leave the Kangaroo gas station mitigation [mit. #1] against defendants' Frame-Up Attempt. It/(video) also shows defendant #1's false pretense (pretext) automobile [premeditated] synchronized/orchestrated with defendant #2's, license plate number lure from freeway I-20 E exit, which puts, me/(plaintiff), in defendant #1's premeditated blocking to delay (intimidate), me/ (plaintiff) from their/defendants' murder plot against, my/plaintiff's person. Defendant #1, appears behind, my, automobile in Her, automobile which is my exit route to safety, raises down Her, window screaming violently Road Rage↓

(3 of 11)

verbal pre-scripted sentences, inserted sentences and phrases, which first reveals this female Dirty Bomber, whose [Reveals child onboard, Her, car] Louisiana License Plate Number: VVY633, was [Perjury when Defendant #2 says child was in, his, automobile (see: video)] gathered earlier on the freeway by the, Plaintiff/(me), for that dirty bomb reporting reason. Video Surveillance Security CD-Rom Kangaroo Gas Station Footage, further [mit.#2] mitigation proves that the plaintiff did not have any opportunity to obtain defendant #2's, Louisiana License Plate Number: VVY633 (VVY633) license plate number any other way except on the, I-20 East freeway. mitigation #3 Against Frame-Up of the, InProse, Plaintiff/(me), is I tried to [mit.#4] leave the gas station again non-threatening to defendant #1, and, Defendant #2, took it upon Himself [mit.#4] to try to run-up and kill, me, with a gun or knife possibly in, His, hand towards my raised down drivers-side window, or, He, (Def#2) was trying to run-up and kidnap, my, person. I panicked to animately [mit.#5] try to shield my, vulnerable, Left Drivers side window/door to, Defendant #2's/(His), Violent Covert Terror Attack, using a, short U-Turn/Sharp U-Turn, to take/drive, my, Left Exposed/Vulnerable,

(4 of 11)

Raise down (slow electric window) door away from the on-coming approaching violent attack, my, defense mechanism, Fender Bender Accident Resulting from, Defendant #2, [mit. #6] trying to stop, Me/(Plaintiff), from leaving that, Kangaroo, Gas Station Alive and Well. To prevent Imminent danger of physical or fatal harm to, my, person a car accident resulted and the, Defendant #2, continued to, my, Left side door window and began pulling, my, Person and punching, my, person while I was still in, my, automobile.

After, His, piece-mell first attack prerequisite to create an alibi on, Kangaroo Gas Station Video Surveillance Security CD-Rom, is used with shills for, His/(Defendant #2's) premeditated possible incarceration of, His, person, with Conspiracy, piece-mell road rage fist attack, then [baseball attack] bat attack with shills and lies of Cohorts/puppets, the handgun heat of the Passion disguised rouse to kill highly visible

(5 of 11)

covert antiterrorist license plate gather, plaintiff, herein. (SEE: California License Plate Number: 7HER546 Shills/ Cohort/Pointe, on, I-20E, during dirty bomb by Defendant #1.) (SEE: Phone Records of "All" Defendants and 7HER546(CA) since: 02/26/93, pursuant to The Patriot Act.)

When the, Defendant #2, ran to retrieve the premeditated piece-mell baseball bat from, His, pick-up truck, I was able to get out of, my, drivers side door on (video surveillance Security CD-Rom Kangaroo Gas Station Footage) and disarm, His, person with only one violent strike to, my, head from, His, baseball bat, and ran, my, way dizzy to the Kangaroo Gas Station, to safety grabbed a mop to defend, myself, dizzily went back outside of the, Kangaroo Gas Station, but noticed, His/ Defendant's #2's, handgun, which as police was notified by numerous "citizens," "tourists," and "shills for, against, and, neutral Disguised") (SEE: Phone Records And Defendants' Phone Records Contacts Connection since: 02/26/93, for COINCIDENCES, pursuant to The Patriot Act.) (94) (6 of 11)

As law enforcement arrived and defendant #2 realized that, His, automobile pick-up truck was inoperatable decreasing any chance of, Unsolved mystery On Kangaroo Gas Station, Video Surveillance Security CD-Rom, the defendant while panicking went in, my, automobile and tampered with, my, Spittal cup, and put, my, Spittal Sample, and, His, handgun in defendant #1's, operational automobile. [SEE: VIDEO]

While plaintiff was in the above mentioned defensive actions, the defendant #1 tried to [Mit. #7] tear gas spray, me, but, my, vision was not Rendered sightless, to increase the, Her, chances of helping defendant #2, murder my, person.

~~When the responding officers arrived,~~ and I was intimidated from using, my, cellular telephone to call 911, due to it being still in, my, automobile blocked (cellphone) by defendant #1's automobile and both defendants with handgun, tear gas, baseball, bat.... Invasion of Privacy with Terror Intent was possibly used piece-mell highly sophisticated if the
(7 of 11)

the defendants had illegal technology to know that I raised, my, left drivers side window down; highly sophisticatedly defendant #1, used a piece-mell rouse technique to induce me/(plaintiff), to Raise down, my, drivers left-side window before defendant #2's violent launch of, His, attack against, my, person, when, she, initially got in block raised down, Her, right passenger window to delay or covertly intimidate, me, from leaving the, Kangaroo Gas Station, mentioned above, where, she, is described as: "violently Road Raged verbal pre-scripted sentences, inserted sentences and phrases, which first Reveals this, Female Dirty Bomber, whose, Louisiana License Plate Number: VVY633". (YVY633)

Defendant #3, Stephens #: 299, with deliberate indifference appeared to be the Fence of The Attempt of Attack With Baseball Bat To Kill For "Gang" Initiation (State Actor Lie Detector Test, Him + Defendants #1 + #2). And appeared to be an, Inside Jobber) with the intent to "defame plaintiff's character" automobile antitheft usage intimidation", and, "deceit, multiple antitheft

(8 of 11)

actions to continue to live, my, life in the pursuit of happiness." Defendant #3, Reported, tainted, colored, and, antedated, Monroe Police Incident Report Number: 2015-00043918, and Criminally charged, me, as the terrorist or assault + batterer, and/or, initiator of the action rather than the, Victim with A Federal Constitutional Right To Privacy Private And To Be Concealed From Covert Terrorist. I was booked into the, Onachita City Jail (OCC), [4801 Hwy 165 South, Monroe, LA. 71202] and the arrest date was illegally changed to, July 12, 2015, to down code the, Post-09/11/01, and/or, Post-July 4th 2015 - Covert Terrorisms, elucidated by the facts that, Saturday, July 11, 2015, was, COINCIDENTALLY, the date of the, Arrest, (False Arrest), and, Covert Terror Attack, by defendants.

On, July 13, 2015, the, In Pro Se, Plaintiff, Jerome L. Grimes, bailed-out of the, Monroe, Onachita City Jail, Louisiana. But defendant #3, deliberate Indifferently seized, my, cell phone with Bail Bond Resource network telephone numbers (cellular phone #s) (6th Amend.) U.S. Const.)

I. Previous Lawsuits
1. Mr. Jerome L. Grimes — V. — Roy #: ____, et., al., U.S. District Court, District of Louisiana, Shreveport Division, Civil Complaint No.: 15CV-66 SEC. P

(9 of 11)

2.
 1. Jerome L. Grimes
 2. Paul Gregory Grimes (Decedent) Estate, -V.- San Francisco General Hospital (Dialysis Center) misc
3. 2. U.S. Dist. Ct., Northern Dist. of CA. Case No: 505-
 Jerome L. Grimes -V.- Chris England (aka Christopher Shultz)
 U.S. District Court, Western District of Texas (Dallas Texas) et, al.,
 Civil Complaint No.: 3:15-CV-951-m

4. 3. Jerome L. Grimes -V.- [1. Matthew Meawle] [Shreveport, LA]
 U.S. District Court, Northern District of California [2. Jane Doe, et., al.,] Mall St. Vincent Street,
 Civil Complaint No.: CV15-_____ MISC

## VI Remedy Exhausted

Damages incurred and criminal court has started against the plaintiff in the, Onachita City Jail-Court System Proceedings. Defendants will NEVER admit to a conspiracy, (Lie Detector Test, Defendants pursuant to, the Patriot Act.)

## VII Relief Requested

An injunction ordering the defendants to take a, Lie Detector Test, to ascertain their future covert terrorism attacks at, Home, and, Abroad, pursuant to, The Patriot Act. And involvement of the Frame-Up Issue A of, Federal Law causes of Action, herein. Court Order, Case, being prosecuted in, Onachita City Court, being, Dismissed, due to, Right to Exculpatory Evidence, i.e., Kangaroo Gas Station Video Still, Surveillance Security CD-Rom, being obtained late from the, Kangaroo Gas Station, And for illegal Antedated Framed-Up Monroe Police
(10 of 11)

Jerome L. Grimes, Prisoner/Inmate #: 2885882 (Out-of-Custody Status)

Report/Incident Report Number: 2015-00043918, being used illegally to hold the, In Pro Se, Plaintiff's, criminal charges, against, Him/(Plaintiff).

Punitive Damages: $44,000.00 (Forty Four Thousand Dollars)

Damages: $26,000.00 (Twenty Six Thousand Dollars)

1966 Year upside down [my] D.O.B. Year 66

Defendant #3, State Actor, Stephens, Badge #: 299 (OCC) Ouachita Correctional Center 4801 Hwy 165 South, Monroe, LA. 71202
** Monroe Police Department,

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: July 14, 2015

Jerome L. Grimes
Jerome L. Grimes
Plaintiff, In Pro Se

(11 of 11) Plus, (1) One, 3 Paged Attachment.